## Commonwealth ex rel. Tyson, Appellant, v. Myers.

Submitted September 11, 1962. Before Rhodes, P. J., Ervin, Wright, Woodside, Watkins, Montgomery, and Flood, JJ.

*Calvin Tyson,* appellant, in propria persona.

*Sanford S. Marateck,* Assistant District Attorney, for appellee.

OPINION PER CURIAM, November 15, 1962:
The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge TROUTMAN of the Court of Common Pleas of Northumberland County, as reported in 28 Pa. D. & C. 2d 525. See *Com. ex rel. Whalen v. Banmiller,* 193 Pa. Superior Ct. 554, 165 A. 2d 421.